**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



### ORDER DENYING EN BANC RECONSIDERATION

Appellate case name:        In the Matter of C.L.Z.

Appellate case number:    01-20-00584-CV

Trial court case number:   20-CJV-023749

Trial court:                        County Court at Law #3 of Fort Bend County, Texas

The en banc court has unanimously voted to deny C.L.Z.'s motion for en banc reconsideration. Accordingly, the en banc court hereby DENIES the motion.

Justice's signature:   /s/ Gordon Goodman
                                    Acting for the Court

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  July 21, 2022